**LOCAL BANKRUPTCY FORM 1007-1(c)**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

IN RE:   **PATRICIA M. DISTEL**   : CHAPTER 13

   **Debtor(s)**   :
   : CASE NO.  25-11648DJB
   :

**CERTIFICATION OF NO PAYMENT ADVICES**
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Patricia M. Distel, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_X_ I have received no regular income other than Social Security payments and unemployment compensation throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____ I did not receive payment advices due to factors other than those listed above. (Please explain)


I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.


Dated: 7/08/2025                              */s/ Patricia M. Distel*
                                              Debtor