IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 25-11648-djb |
|---|---|
| PATRICIA M. DISTEL<br>    Debtor, | Chapter 13 |
| TOYOTA MOTOR CREDIT CORPRATION<br>    Movant,<br><br>        v.<br><br>PATRICIA M. DISTEL, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 5, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| **Patricia M. Distel**<br>337 East 9th Street<br>Conshohocken, PA 19428 | **DANIEL P. MUDRICK**<br>**MUDRICK & ZUCKER, PC**<br>325 Sentry Parkway East<br>Building 5 West - Suite 320<br>Blue Bell, PA 19422 |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135