IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>PATRICIA M. DISTEL<br>     Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPRATION<br>     Movant,<br><br>                v.<br><br>PATRICIA M. DISTEL, and<br>KENNETH E. WEST, Trustee,<br>     Respondents. | Bankruptcy No.  25-11648-djb<br><br><br>Chapter 13 |
|---|---|

ORDER OF COURT

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing Motion

for Relief from the Automatic Stay, it is hereby ORDERED,

Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation
in the 2020 Mazda Mazda6, VIN: JM1GL1VM9L1526634.

BY THE COURT:

**Date: March 19, 2026**                    _____

Honorable Derek J Baker
U.S. Bankruptcy Court Judge