United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Patricia M. Distel

    Debtor

Case No. 25-11648-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Patricia M. Distel, 337 East 9th Street, Conshohocken, PA 19428-1507

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name**    **Email Address**

DANIEL P. MUDRICK
    on behalf of Debtor Patricia M. Distel dpmudrick@verizon.net
    g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
    on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: Mar 19, 2026                      Form ID: pdf900                           Total Noticed: 1

United States Trustee

       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>PATRICIA M. DISTEL<br>        Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPRATION<br>        Movant,<br><br>                v.<br><br>PATRICIA M. DISTEL, and<br>KENNETH E. WEST, Trustee,<br>        Respondents. | Bankruptcy No.  25-11648-djb<br><br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing Motion

for Relief from the Automatic Stay, it is hereby ORDERED,

Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation
in the 2020 Mazda Mazda6, VIN: JM1GL1VM9L1526634.

BY THE COURT:

**Date: March 19, 2026**

_____
Honorable Derek J Baker
U.S. Bankruptcy Court Judge