United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Patricia M. Distel

    Debtor

Case No. 25-11648-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia M. Distel, 337 East 9th Street, Conshohocken, PA 19428-1507 |
| 15008965 | + | COLONIAL SAVINGS F.A., c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15026116 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 15004315 | + | Colonial Savings FA, 2624 West Freeway, Fort Worth, TX 76102-7177 |
| 15014028 | + | Douglas M. Distel, 337 E. 9th Avenue, Conshohocken, PA 19428-1507 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2026 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2026 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Apr 10 2026 00:26:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15008896 | ^ | MEBN | Apr 10 2026 00:22:08 | COLONIAL SAVINGS F.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15004314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15025425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 00:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15004316 | ^ | MEBN | Apr 10 2026 00:22:07 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15004317 | ^ | MEBN | Apr 10 2026 00:22:29 | Mazda Financial Services, PO Box 650022, Dallas, TX 75265-0022 |
| 15004318 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 10 2026 00:26:00 | PNC Bank Card Services, PNC CB Investigations, PO Box 5580, Cleveland, OH 44101 |
| 15103933 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 10 2026 00:26:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |
| 15026049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 00:29:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15013122 | | Email/Text: bankruptcy@springoakscapital.com | Apr 10 2026 00:26:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf900 | Total Noticed: 20 |

| 15004319 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:17 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
|---|---|---|---|
| 15009437 | ^ MEBN | Apr 10 2026 00:22:20 | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 15014033 | ^ MEBN | Apr 10 2026 00:22:19 | Toyota Motor Credit Corporation, PO Box 330, Buffalo, NY 14231-0330 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| 15014026 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15014027 | *+ | Colonial Savings FA, 2624 West Freeway, Fort Worth, TX 76102-7177 |
| 15014029 | *+ | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15014030 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank Card Services, PNC CB Investigations, PO Box 5580, Cleveland, OH 44101 |
| 15076827 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15014031 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital SPV, LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 15014032 | *+ | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Debtor Patricia M. Distel dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 09, 2026                       Form ID: pdf900                                Total Noticed: 20
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PATRICIA M. DISTEL    :        CHAPTER 13
                            :        NO. 25-11648DJB


**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E.

West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED**

that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the

Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in

the possession of the Trustee shall not revest in the entity in which such property was vested

immediately before the commencement of the case.  All other property of the estate shall revest

pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within twenty (20) days of the entry of this

Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid,

on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. 1326(a)(2).

Dated:  **April 9, 2026**

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE