## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PATRICIA M. DISTEL    :      CHAPTER 13
               :      NO. 25-11648DJB

### CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

1.      Debtor's Application for Approval of Counsel Fees was filed of record with this Court on April 7, 2026;

2.      Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on April 7, 2026; and

3.      As of this date, Counsel for Debtors has received no Answer or Objection from any interested party to the granting of this Application.


Dated:      5/05/2026

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtor
325 Sentry Parkway
Building 5W, Suite 320
Blue Bell, PA 19422
(610) 832-0100