**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PATRICIA M. DISTEL    :     CHAPTER 13
             :     NO. 25-11648DJB

**CERTIFICATION OF SERVICE OF ORDER DISMISSING CASE
AND SETTING DEADLINES**

TO THE CLERK OF THE BANKRUPTCY COURT:

I, Daniel P. Mudrick, Esquire, Attorney for the Debtor, hereby certify that a true and correct copy of the Order Dismissing Chapter 13 and Setting Deadline for Applications for Allowance of Administrative Expenses has been served the 9th day of April, 2026, by First Class United States Mail, postage prepaid, or electronic means upon all interested parties.

Spring Oaks Capital SPV, LLC
PO Box 1216
Chesapeake, VA 23327-1216
(Via Electronic Means
 *bankruptcy@springoakscapital.com*)

Toyota Motor Credit Corporation
POB 330
Williamsville, NY 14231
(Via Electronic Means *pocquestions@bonialpc.com*)

Jefferson Capital Systems LLC
PO Box 799
St. Cloud, MN 56302-9617
(Via Electronic Means *Bankruptcy@JCAP.com*)

Colonial Savings F.A.
2570 W. Fwy Bldg E
Fort Worth, TX 76113
(Via Electronic Means *bkgroup@kmllawgroup.com*)

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
(Via Electronic Means Bankruptcy_info@portfoliorecovery.com)

As of this date, Counsel for Debtor has received no Answer or Objection from any interested party.

Dated:     05/05/2026

/s/ Daniel P. Mudrick_____
Daniel P. Mudrick, Esquire
Attorney for Debtor
325 Sentry Parkway East
Building 5W, Suite 320
Blue Bell, PA  19422
(610) 832-0100