**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PATRICIA M. DISTEL    :    CHAPTER 13
                                           :    NO. 25-11648DJB

### ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$ 4,750.00** is allowed and the balance in the amount of $4,063 shall be paid by the Chapter 13 Trustee to the extent there are funds available.

Dated: May 11, 2026

_____
DEREK J. BAKER
United States Bankruptcy Judge